UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD W. GRAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　Defendant. | NO. CV-11-169-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

　　The parties have filed a Stipulated Motion for Dismissal (ECF No. 26). The Motion is **GRANTED**. Pursuant to the Stipulation, the Clerk of this court shall enter judgment of dismissal **with prejudice** of the First Amended Complaint (ECF No. 18) and the claims therein without costs or attorneys fees to any party.

　　The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

　　**DATED** this 20th day of April 2012.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1