AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GERALD W. GRAY,

v.

BNSF RAILWAY COMPANY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-169-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint ECF No. 18 and the claims therein are dismissed with prejudice and without costs or attorneys fees to any party.

April 20, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer